UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ARKANSAS LABELING, INC.**                                                                     **PLAINTIFF**

v.                                        **Case No. 4:19-cv-00773-KGB**

**TIM PROCTOR, LABEL EDGE, LLC,
GARY PARR, and GP LABELS UNLIMITED, LTD.**              **DEFENDANTS**

**<u>ORDER</u>**

Before the Court is separate defendants Gary Parr and GP Labels Unlimited, Ltd.'s ("GP Labels") motion for leave to file reply in support of their motion to dismiss for lack of personal jurisdiction (Dkt. No. 81). No party has filed an objection to the motion, and the time to do so has passed. For good cause shown, the Court grants the motion. The Court directs Mr. Parr and GP Labels to file their reply within 14 days of entry of this Order (Dkt. No. 81).

Also before the Court is Mr. Parr and GP Labels' motion to stay all deadlines and for amended final scheduling order (Dkt. No. 83). Plaintiff Arkansas Labeling, Inc. ("ALI") responded in opposition to the motion (Dkt. No. 85). Mr. Parr and GP labels request a stay of all proceedings in this matter until the Court has an opportunity to rule on their pending motion to dismiss for lack of personal jurisdiction (*Id.*, ¶ 1). Mr. Parr and GP Labels represent that, because the pending motion is dispositive, a stay on all proceedings will "avoid engaging in potentially needless discovery, including depositions and expert reports" (*Id.*, ¶ 5). In the alternative, Mr. Parr and GP Labels request an amendment to the final scheduling that provides "an opportunity to fully defend the claims asserted against them" (*Id.*, ¶¶ 6– 7). Mr. Parr and GP Labels represent that separate defendants Tim Proctor and Label Edge, LLC do not object to the motion (*Id.*, ¶ 7).

Having considered the parties' filings and the deadlines currently set by the Court in this case, the Court denies without prejudice Mr. Parr and GP Labels' motion to stay all deadlines and

for amended final scheduling order (Dkt. No. 83).  The Court is not inclined to enter an indefinite stay and to remove this case from the Court's trial calendar at this time.

It is so ordered this 10th day of December, 2021.

_____
Kristine G. Baker
United States District Judge