UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ARKANSAS LABELING, INC.**                                                                               **PLAINTIFF**

v.                                                    Case No. 4:19-cv-00773-KGB

**TIM PROCTOR, LABEL EDGE, LLC,**
**GARY PARR, and GP LABELS UNLIMITED, LTD.**                      **DEFENDANTS**

## ORDER

Before the Court is plaintiff Arkansas Labeling, Inc. ("ALI"), separate defendants Tim Proctor and Label Edge, LLC (collectively, "Proctor Defendants"), and separate defendants Gary Parr and GP Labels Unlimited, Ltd.'s (collectively, "Parr Defendants") stipulation of dismissal with prejudice (Dkt. No. 169). The motion accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal with prejudice and dismisses this case with prejudice as further described in the parties' settlement agreement and release (*Id.*). The Court denies as moot all pending motions (Dkt. Nos. 110, 117, 118, 120, 122, 124, 126, 129, 131, 133, 141).

It is so ordered this 22nd day of July, 2022.

*Kristine G. Baker*
_____
Kristine G. Baker
United States District Judge